[No. 43877-8-I.    Division One.    May 30, 2000.]

JOSE M. LIRA, ET AL., *Appellants*, v. TONY A. MOORE, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 97-2-01156-2, David A. Nichols, J., entered December 4, 1998. *Affirmed* by unpublished opinion per Kennedy, J., concurred in by Agid, C.J., and Baker, J.

[No. 44138-8-I.    Division One.    May 30, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. JESUS RICARDO VALENZUELA, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-1-02101-9, Charles W. Mertel, J., entered February 1, 1999. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Becker, A.C.J., and Ellington, J.

[No. 44408-5-I.    Division One.    May 30, 2000.]

PAUL CURTIS, ET AL., *Respondents*, v. DENNIS CHINN, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 97-2-18025-2, Jeffrey Michael Ramsdell, J., entered March 5, 1999. *Affirmed* by unpublished opinion per Becker, A.C.J., concurred in by Coleman and Kennedy, JJ.

[No. 44443-3-I.    Division One.    May 30, 2000.]

EME FUNDING CORPORATION, ET AL., *Appellants*, v. PIPER JAFFRAY, INC., *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 97-2-25745-0, Donald D. Haley, J., entered October 27 and November 12, 1998. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Webster and Appelwick, JJ.